```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0133--CV (JWS)
           "ADRIAN NICA V MOA ET AL"

Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 06/14/04
            Closed: 02/09/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 06/14/04 receipt # 00123374
          Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | NICA, ADRIAN | Vincent A. Curry<br>Attorney at Law<br>327 E. Fireweed Lane, Suite 201<br>Anchorage, AK 99503<br>907-276-5307<br>FAX 907-276-6672 |
| DEF 1.1 | ANCHORAGE, MUNICIPALITY OF | Theresa Hillhouse<br>Municipal Attorney's Office<br>POB 196650<br>Anchorage, AK 99519-6650<br>907-343-4545 |
| DEF 2.1 | CARSON, GREGORY | Theresa Hillhouse<br>(see above) |
| DEF 3.1 | DANIELS, TERRY | Theresa Hillhouse<br>(see above) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A04-0133--CV (JWS)
                          "ADRIAN NICA V MOA ET AL"

                              For all filing dates
```

      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge:
        Referral Rule:
                Filed: 06/14/04
               Closed: 02/09/05

         Jurisdiction: (3) Federal Question (US Govt not a Party)
        PLF Diversity:
        DEF Diversity:

       Nature of Suit: (442) Jobs

               Origin: (2) Removed from State Court
               Demand:
           Filing fee: Paid $150.00 on 06/14/04 receipt # 00123374
             Trial by: Jury


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/14/04 | DEF 1; 3 Notice of Removal pf state court action 3AN-04-04885CI. |
| 2 - 1 | 06/14/04 | DEF 1; 3 Attorney Appearance of Linda J. Johnson. |
| 3 - 1 | 06/14/04 | DEF 1; 3 Notice to Adverse Parties of Filing of Notice Removal. |
| 4 - 1 | 06/14/04 | DEF 1; 3 Notice of Filing and Designation of State Court Proceeding Records w/att exhs. |
| 5 - 1 | 06/14/04 | DEF 1; 3 Service List of All Parties and Their Counsel. |
| 6 - 1 | 06/15/04 | JWS Minute Order subsequent to removal that w/in 10 days petitioner to file copies of state court docs & svc list.  cc: cnsl |
| 7 - 1 | 06/21/04 | DEF 2 Attorney Appearance of L. Johnson (MUNI). |
| 8 - 1 | 06/21/04 | DEF 2 Notice of consent to removal of action. |
| 9 - 1 | 06/21/04 | PLF 1 Notice of plf's cnsl correct address w/att exhs. |
| 10 - 1 | 06/25/04 | DEF 1-3 Notice of compliance re: state crt record. |
| 11 - 1 | 07/12/04 | DEF 1-3 Answer to Complaint. |
| 12 - 1 | 07/12/04 | DEF 1-3 Jury Demand. |
| 13 - 1 | 07/13/04 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 14 - 1 | 08/04/04 | PLF 1; DEF 1-3 Joint Notice to court. |
| 15 - 1 | 08/10/04 | JWS Minute Order that updated stat rpt due 9/30/04. cc: cnsl |
| 16 - 1 | 11/08/04 | (Joint request) for settlement conference. |
| 17 - 1 | 11/19/04 | JWS Order that parties lodge sealed settl conf memos w/Judge von der Heydt's chambers by 11/29/04. cc: cnsl, Judge von der Heydt |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0133--CV (JWS)
                    "ADRIAN NICA V MOA ET AL"

                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 18 - 1 | 11/24/04 | PLF 1 Unopposed motion for extension of time until 12/3/04 to file settlement conference memos. |
| 18 - 2 | 11/29/04 | JWS Order granting unoppo mot for ext of time until 12/3/04 to file settl memos (18-1). cc: cnsl, Judge von der Heydt |
| 19 - 1 | 12/08/04 | JAV Order setting settl conf on 1/4/05 @ 9:30 a.m. in chambers. cc: cnsl, Judge Sedwick |
| 20 - 1 | 12/14/04 | DEF 1-3 Attorney Substitution of T. Hillhouse (MUNI) for L. Johnson (MUNI). |
| 21 - 1 | 01/04/05 | JAV Minute Order re: settl conf held; case settled; final dismissal w/prej docs to be fld. cc: cnsl, Judge Sedwick |
| 22 - 1 | 01/31/05 | PLF 1 Stipulation & notice of dismissal with prejudice. Each party to bear its own costs and attorney fees. |
| 22 - 2 | 02/01/05 | Order granting stipulation & notice of dismissal with prejudice. Each party to bear its own cost and atty fees (22-1). cc: cnsl |